UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case Number |
| | CIV. 2:15-cv-00989-MCE |
| MASOOD AHMADZAI, | |
| | Bankruptcy Court Case Number |
| Debtor. | No. 11-41030 |
| | |
| STOHLMAN & ROGERS, INC., | Adversary Proceeding Number |
| | 12-2049 |
| Plaintiff, | |
| | ORDER ON APPELLANT'S EX PARTE |
| v. | APPLICATION FOR EXTENSION OF |
| | TIME FOR APPELLANT TO FILE |
| MASOOD AHMADZAI, | OPENING BRIEF |
| | |
| Defendant. | |

Having reviewed Appellant Masood Ahmadzai's Ex Parte Application and Attorney Affidavit to extend time to file opening brief, and good causing appearing, Appellant's request for a fourteen (14) day extension for filing his opening brief in this matter is GRANTED. The time for filing said brief is hereby extended from May 29, 2015 to June 23, 2015.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT