UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case Number<br>CIV. 2:15-CV-00989-MCE |
| MASOOD AHMADZAI, | |
| Debtor. | Bankruptcy Court Case Number<br>No. 11-41030 |
| STOHLMAN & ROGERS, INC., | Adversary Proceeding Number<br>12-2049 |
| Plaintiff, | |
| v. | ORDER ON APPELLANT'S EX PARTE<br>APPLICATION TO INCREASE BRIEF<br>LENGTH |
| MASOOD AHMADZAI, | |
| Defendant. | |

An Ex Parte Application and Attorney Affidavit to Increase Brief Length having been received and good cause shown:

IT IS HEREBY ORDERED that Appellant shall be able to increase his Appellant's Brief length from 30 pages to 40 pages. Given that extension, Appellee's brief may also be up to 40 pages in length. The page limit for the reply shall remain at 20 pages.

Dated: June 22, 2015

.

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT