UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MASOOD AHMADZAI,<br><br>    Debtor.<br>_____<br>STOHLMAN & ROGERS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MASOOD AHMADZAI,<br><br>    Defendant. | District Court Case Number<br>CIV. 2:15-CV-00989-MCE<br><br>Bankruptcy Court Case Number<br>No. 11-41030<br><br>Adversary Proceeding Number<br>12-2049<br><br>ORDER ON APPELLANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME FOR APPELLANT TO FILE CLOSING BRIEF |

An Ex Parte Application and Attorney Affidavit to extend time for Appellant to file opening brief having been received and good cause shown:

IT IS HEREBY ORDERED that Appellant shall have until September 30, 2015 to file his closing brief.

Dated: August 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT