UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | District Court Case Number |
| | ) | CIV. 2:15-cv-00989-MCE |
| MASOOD AHMADZAI, | ) | |
| | ) | Bankruptcy Court Case Number |
| Debtor. | ) | No. 11-41030 |
| | ) | |
| STOHLMAN & ROGERS, INC., | ) | Adversary Proceeding Number |
| | ) | 12-2049 |
| Plaintiff, | ) | |
| | ) | ORDER ON APPELLANT'S EX PARTE |
| v. | ) | APPLICATION TO INCREASE BRIEF |
| | ) | LENGTH |
| MASOOD AHMADZAI, | ) | |
| | ) | |
| Defendant. | ) | |

An Ex Parte Application and Attorney Affidavit to Increase Brief Length having been received and good cause shown:

IT IS HEREBY ORDERED that Appellant shall be able to increase his Appellant's Brief length from 20 pages to 25 pages.

Dated: October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT